AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America
v.
Jose Probitsado AMARO
aka "Jose Amaro"

*Defendant*

Case No. 26MJ6191

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Probitsado AMARO, aka Jose Amaro,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C., Sec. 1425(a) – Unlawful Attempted Procurement of Naturalization (Felony);
Title 18, U.S.C., Sec. 1015(a) – False Statement Under Oath in Matter Relating to Naturalization or Citizenship (Felony);
Title 18, U.S.C., Sec. 1015(f) – False Claim to Citizenship To Vote (Felony)

Date: 10/16/2026

*Issuing officer's signature*

City and state: San Diego, CA 92101

Hon. Michael S. Berg, United States Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* 10/16/2026, and the person was arrested on *(date)* 10/19/2026
at *(city and state)* SAN DIEGO, CA.

Date: 10/19/2026

*Arresting officer's signature*

STEPHEN ZLOTNICKI, SPECIAL AGENT

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Jose Probitsado Amaro, aka Jose Amaro

Known aliases: Jose Amaro

Last known residence: 2606 8TH STREET, #201, NATIONAL CITY, CA 91950

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: AXOS Bank

Last known telephone numbers: 8183360623

Place of birth: Philippines

Date of birth: 11/13/1974

Social Security number: 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

Height: 5'7" Weight: 150

Sex: MALE Race: ASIAN PACIFIC ISLANDER

Hair: BLACK Eyes: BROWN

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: 819413MD3

Complete description of auto: ______

Investigative agency and address: HSI, 880 FRONT STREET, SUITE 3200, SAN DIEGO, CA 92101

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______